IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHAWN HENDERSON,

    Plaintiff,

v.                                                         CASE NO. 1:08-cv-00108-MP-AK

CLERK US DISTRICT COURT,
LORD OF THE RINGS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that this complaint be dismissed as frivolous. The Court agrees that the plaintiff makes no real allegations against any identifiable defendant and merely seeks fantastical amounts without providing any basis for such recovery. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation (doc. 3) is adopted and incorporated herein. This matter is dismissed as frivolous under 28 U.S.C. § 1915A(b).

**DONE AND ORDERED** this  *18th*   day of July, 2008

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge